IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00322-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH WAYNE SHADOWENS,

    Defendant.

_____

**ORDER REGARDING COMPETENCY TO STAND TRIAL**
_____

    The Court, upon the parties' request at the conference held on this date, October 2, 2012, in this case, finds as follows:

    1.    The Court ordered a psychiatric examination and report pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) [docket no. 9].

    2.    The Court and parties have received the Forensic Evaluation of Dr. Jeremiah Dwyer, a forensic psychologist, dated September 26, 2012.  In his report, Dr. Dwyer concludes that the Defendant is currently unable to properly assist counsel in his defense.

    3.    The Court held a status conference on October 2, 2012.  Prior to the conference, the parties had approximately one week in which to review Dr. Dwyer's report.

    4.    At the October 2, 2012 conference, the government and defense waived a formal competency hearing and agreed that the Defendant should be committed to the custody of the Attorney General for hospitalization pursuant to 18 U.S.C. § 4241(d) in order

to determine if the mental competency of the Defendant could be restored.[1]  Defense counsel specifically noted that the Defendant agrees with the diagnosis and with the need for treatment.

4.     After consideration of the forensic evaluation, the comments of counsel, and the Court's own perception through several hearings with the Defendant, and the material contained in the Court's file, the Court finds and determines by a preponderance of the evidence, pursuant to 18 U.S.C. § 4241(d), that the Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  It is therefore

**ORDERED** that Joseph Wayne Shadowens is committed to the custody of the Attorney General, who shall hospitalize the Defendant pursuant to 18 U.S.C. § 4241(d)(1) for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.  It is further

**ORDERED** that the Attorney General submit a written report to the Court and the parties pursuant to 18 U.S.C. § 4241(d), and in that report express the opinion of the director

---

[1] Defense counsel did request that, if possible, the treatment be conducted in the Denver metropolitan area and hopefully in an in-patient facility.  The Court agrees that if this is possible given the resources of the United States Bureau of Prisons, such an arrangement would be preferable but, as counsel for the government noted, such decisions lie with the Attorney General.

of the facility in which the Defendant is hospitalized as to whether there is a substantial probability that in the foreseeable future Mr. Wallace will attain the capacity to permit the proceedings to go forward.

DATED:   October 2, 2012, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge