**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam
Court Reporter: Mary George
Probation Officer: Andrea Bell

Date: November 14, 2013

Criminal Action No.: 12-cr-00322-JLK

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH WAYNE SHADOWENS,

    Defendant.

*Counsel:*

Richard A. Hosley, III

Matthew C. Golla

---

**SENTENCING MINUTES**

---

**3:03 p.m.     Court in session.**

Court calls case.  Appearances of counsel.  Defendant present on bond.

**Change of Plea Hearing:    August 21, 2013.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:   Defendant's Motion for Downward Departure And/Or Variance (Filed 10/31/13; Doc. No. 37) is GRANTED.**

*12-cr-00322-JLK*
*Sentencing*
*November 14, 2013*

## THE DEFENDANT IS SENTENCED AS FOLLOWS:

## IMPRISONMENT:

Defendant is sentenced as to **Count One** to a term of imprisonment of **time served**.

## SUPERVISED RELEASE:

Defendant shall be immediately placed on supervised release for a period of **1 year**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall pay the cost of the treatment as directed by the probation officer.
- (X) The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment.
- (X) Defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist. The defendant cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

## FINE:
No fine is imposed because the defendant has no ability to pay a fine

*12-cr-00322-JLK*
*Sentencing*
*November 14, 2013*

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Bond is discharged.

**3:16 p.m.      Court in recess.**
Hearing concluded.
Total in-court time: 13 minutes.